UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE ELEP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00746-DAD-BAM<br><br>ORDER DENYING STIPULATION TO BRIEFLY CONTINUE SCHEDULING CONFERENCE AS MOOT<br><br>(ECF No. 11) |

This matter is currently set for an Initial Scheduling Conference on August 24, 2017.

On August 16, 2017, the parties filed a stipulation to briefly continue the scheduling conference because they would be unable to complete the joint scheduling report by the August 17, 2017 due date. The parties requested that the Court either continue the scheduling conference to August 31, 2017, or continue the deadline for filing the joint scheduling report to August 21, 2017. (ECF No. 11.)

On August 18, 2017, while the request to continue was pending, the parties filed their joint scheduling report. (ECF No. 12.) Given the filing of the joint report, it is no longer necessary to continue the Initial Scheduling Conference. Accordingly, the stipulation of the parties to briefly continue the Initial Scheduling Conference is HEREBY DENIED as moot. As

1

indicated by minute order, parties wishing to appear at the conference by telephone may do so with each party using the following dial-in number and passcode: **1-877-411-9748; passcode: 3190866**.

IT IS SO ORDERED.

Dated: __**August 21, 2017**__  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE