# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LAURENCE ELEP,

       Plaintiff,

  vs.

METROPOLITAN LIFE INSURANCE COMPANY,

       Defendant.

Case No. 1:17-cv-00746-DAD-BAM

**STIPULATION AND ORDER FOR DEFENDANT TO FILE AMENDED ANSWER;**

**ORDER DIRECTING DEFENDANT TO FILE THE AMENDED ANSWER BY OCTOBER 13, 2017**

Having reviewed the parties' stipulation and for good cause having been show, the Court GRANTS the Stipulation of Plaintiff Laurence Elep ("Plaintiff") and Defendant Metropolitan Life Insurance Company ("MetLife") for leave for MetLife to file an Amended Answer to Plaintiff's Complaint. The Court hereby ORDERS as follows:

1.    MetLife's request for leave to file the Amended Answer to Plaintiff's Unverified Complaint is GRANTED; (Doc. 17).

2.    **On or before October 13, 2017**, Defendant shall file the Amended Answer, attached as Exhibit 2 to the Stipulation, as a separate entry in the docket for purposes of clarifying the record.


IT IS SO ORDERED.

Dated:   **October 10, 2017**        /s/ *Barbara A. McAuliffe*

                                UNITED STATES MAGISTRATE JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800